Federal District Court
2nd Circuit SDNY
500 Pearl Street
New York, New York 10007

Thomas DeRosa, pro se,
"Attorney-In-Fact"
"1881" pst. and "1885" pst.
manuscript copyright
"Paralegal Service"
158 High Plain Road
Andover, Massachusetts
01810
    Plaintiff,
        vs
T.D. Bank, Inc. et.al.
"unknown" Attorney...
who is able to accept
"Service of Process"
for Defendant;

docket no. _____

**17CV 4316**

RECEIVED
SDNY PRO SE OFFICE
2017 JUN -6  PM 1:05
S.D. OF N.Y.

## Complaint

1.) I, Thomas DeRosa, pro se "Attorney-In-Fact" "1881" pst and "1885" pst manuscript "Paralegal Service" certify and verify I am the true author of the Complaint, accompanying-

witness:
pst. 1881 and pst. 1885
manuscript copyright

Thomas DeRosa

Legal Documents, Letters and governmental records herein and above and I am the Plaintiff in the Action of the caption above.

2. The Plaintiff, in the above captioned Action, alleges not all inclusive of residency in Places the Plaintiff travels "in the scope of employments" multi-state transactions and occurences" in Eastern United State of America.

3. The Plaintiff "intends to return" to "Principle Place of Domicile, Yearly," at located residence, 158 High Plain Road, Andover, Massachusetts 01810

4. The Plaintiffs allegation's are not-all-inclusive of "Diversity of Citzenship" of proper jurisdiction and venue forthcoming Pleadings.

witness:

Thomas DeRosa

5. The Plaintiff's allegation's are not-all-inclusive of "proper" jurisdiction and venue. Court "Subject Matter" jurisdiction confederacy clause, concussionate Commerce Clause, civil liberties constitutional importance civil service, particularized as follows: in forthcoming pleadings.

witness
1st, 2nd, and 1985 1st.
p31 1983 manuscript
on copy

Thomas DeRosa
Paralegal Service
Thomas DeRosa

4.

5a. The Plaintiff's allegation's are not-all-inclusive of Defendant's "Duty"s in the "Contract Agreement" by and between "TD Bank, Inc." and "Thomas DeRosa"; in "opened" checking account.

6. The Plaintiff's allegation's are not-all-inclusive of many and several times at numerous and various occasion's, implied and express, request's for the "TD Bank, Inc." "Performance" of "Delivery" by mail to the address of record, of "Statement's" transaction's, debits, credits, check no" cleared, deposited, or electronically processed, from the processing center, in the "Duty", the defendant, "TD Bank, Inc." had, due to provisions of "Contract" of the checking account Agreement.

7. The Plaintiff's allegation's are not all-inclusive of the "Breach of Duty" of the Defendant,'s "non performance" of bi-lateral Contractual

witness'd, and manuscript p1985 copyright

Thomas DeRosa
"Attorney in Fact"

5.

Agreement of "delivery", by United States Postal Service, or otherwise in the mail, to the address of record, of the Plaintiff's Principle Place of Domicle, in the obligation's in "Agreement" provision's, for "Statements" monthly billing cycle ending period delivered "promise" by "promisor".

8. The Plaintiff's allegation's are not all-inclusive of damages and injuries to person and property, misrepresentation, knowingly made, with the intent to deceive person, in order to deprive plaintiff of liberties, and property in causation being proxamate causation in the chain of events result's, of damages injuries, to person's employment liberties and property.

witness
7 D. and 1885 U
P.L. 1881
P⁵ manuscript
copyright

Thomas DeRosa
" Paralegal Service

9. The Plaintiff's allegation's are not all-inclusive of "delay" of reconciliation of "Account's", "scope of employment", "Paralegal Service", "1881 pst and "1885 pst manuscript copyright.

10. The Plaintiff's allegation's are not all-inclusive of "Interference" with "trans-action's" and "occurances" in the "chain of events" of employment "Paralegal Service" pro se activitie's, including "Service of Process", preparation with involved "thief" of enclosed "work-product" due to "State-ments" delivery's "non performance" of "Breach of Duty";

11. The Plaintiff, hereby request's and seeks relief, in the "sum of one million, two hundred thousand dollar's" $1,200,000.00, of order of the Court, judgement, and any Pro se expenses and cost's the Honorable Court might additionally award at the Court's discretion.

June 6th, 2017 witness'd and pst 1881 and pst 1885 manuscript copyright signed

Thomas De Rosa
Paralegal Service

## Certificate of True and Authentic Statement

I, Thomas DeRosa, "Attorney-In-Fact", "1881" pst. and "1885" pst. manuscript Copyright "Paralegal Service", am the true author of the "Notice", herein and above, certifyied and verified, in my free, voluntary act and will, in testiment of the best of my conscience, judgement, knowledge, information and belief, without coercion, with no duress, under no undue influence, the statements being true and accurate and authorization of signature that is true and authentic signed — under the pain's and penalties of Perjury.

Sincerely,

"1885" sign. _____
Thomas DeRosa

witness of "1881" and "1885" pst. manuscript copyright

Thomas DeRosa
"Paralegal Service"
"1881" pst. and "1885" pst.
manuscript copyright
"Attorney-In-Fact"
138 High Plain Road
Andover, Massachusetts
01810

date: _____

<u>Certicate of "Service of "Process" to State of Massachusett's Attorney General, Maura Healey. et al. Defendant's</u>

I, Thomas DeRosa, "1881"pst. and "1885" pst. "Attorney In Fact" Paralegal pro se Plaintiff, in the above captioned Action, Subject Matter in Proper Venue and Jurisdiction of Confederacy Clause, Concussionate Commerce Clause, Constitutions issue's of religious speech, expression, activities of practice of civil liberties guarentee of life, liberty, pursuit of happiness' employment contract's transaction's, guareentee of right to be secure in the person, paperwork, writing's and effect's, right to tool's of the latin axiam, right to a person's wage's of latin Legal axium, right to Privacy of the person, in the Massachusett's

Thomas DeRosa
pst."1881" and pst."1885"
maru

10.i.i.

Trial Court, Superior Court, Essex County, Pro se, Paralegal Action's docket number's: 96-2803 and also 16770/110 the Massachusett's Trial Court, Essex County and otherwise person's uknown who tried and did stop, halt, tamper with the above action's and also with Federal District Court, 2nd Circuit, Southern District of New York State Paralegal, Pro se Action's numbers docketed 07-8489, 17CV68 and also Actions, ongoing Interference, Obstruction of Justice, Ignored, defiance in Mockery of the Court & the Spirit of the Law and the Law of the Land, in the Essex County Court's unjust activities of criminal liabilities additionally in the Lawrence District Court Housing Department docket number 16 SR 3365, hereby and herefrom certify and verify that on

witness:
2y1981 and 1985 pst
pst manuscript copyright

Thomas DeRosa
pst 1981 and pst 1985
manuscript copyright

10.c.i.i.i.

the _____ day of the month of _____ in the year _____ a true and authentic copy of the Legal Document is hand-written in my free, voluntary act and will, without coercion, with no duress, under no undue influence, signed testiment of legal capacity, legal competence in the law of the authorization of my signature under the pain's and penalties of perjury, will be served "Service of Process" by Sheriff, Inc., the Agent of the Principle, who is disinterested, of legal age of emancipation and capacity in the scope of employment for the Plaintiff, and record, file, and according to Massachusett's Rule's of Civil Procedure, and Massachusett's Attorney Agent- responsible act's and deed's stamp, initial and signature's witnessing said "Service of Process" then Return of the "Return of Service"

witness: [illegible] copyright manuscript [illegible]

10.17.

by mail to Plaintiff, a true record of the transaction bilateral contractual mutual agreement, meeting of minds, in due process of law, delivery according to law.

Sincerely, signed: Thomas DeRosa

Thomas DeRosa
"1881" pst and "1885" pst.
manuscript copyright
158 High Plain Road
Andover, MA, 01810
date June 6th 2017

witness
"1881" pst and "1885" pst
manuscript copyright

Notary Public;

Thomas DeRosa
158 High Plain Road
Andover, Massachusetts
01810

Federal District Court
2nd Circuit, SDNY
500 Pearl Street
New York, New York, 10007

Letter of "Exhibit, A"
_____

Re: docket number; 167701110 Massachusetts Superior Court, Essex County, 56 Federal Street, Salem, Massachusetts; docket number: 96-2803 Massachusetts Superior Court, Essex County, 56, Federal Street, Salem, Massachusetts civil service regulation disobedience.

witness: "D.i" and "1885" p.st.
"us 88" manuscript
copyright                    Thomas DeRosa
                             pot 1881 and pst 1885
                             manuscript, pst

2.

To whom it may concern:

I am Thomas DeRosa.

I am a scholar of diploma and certificate in Paralegal Studies and Legal Studies, Graduate Law School attendance, decade's of employment, not all inclusive, of Independant-Contractor work as a Paralegal, of which I am well-acquinted with the procedure, rules responsibility or creditability of the appearance of propriety necesssary submitting, filing, recording of Pleading's, otherwise pertainent Legal Documents at governmental institutions, including

witness:

Thomas DeRosa
Post 1881 and Post 1885
Thomas DeRosa Wright

Federal Courthouse's, State Courthouse's, City Hall's, other Professional public and private institution's, educational service's.

I am sorry to say that I am disappointed in the beligerant, misrepresentation's of court employee's at 56 Federal Street, Salem, Massachusett's. Although, I rather not detail the fact's of thier conduct-of the "appearance of inpropriety," in the scope of employment, my expectation's, Legal competence, capacity and moral conduct, as a Profesional Licensed Real Estate no. 009501532 acting employment,

witness De Roos Thomas De Roos
Tom De Roos
p.o. 1883 and p.o. 1883
manuscript manuscript
copyright copyright

4.

while a paralegal, necessitate the request's I make in confederacy Clause, issues, must be decided in Federal Forum, the subordinate Massachusetts Trial Court, Essex County being incompetent.

witness

signed Thomas DeRosa

Thomas De Rosa
158 High Plain Road
Andover, Massachusetts
01810

cell telephone: 1-857-249-6760

witness: De Rosa post "1985"
2nd 1987 and post
first manuscript
copyright

Thomas De Rosa
1987 and post
1st manuscript
copyright

person, Legal assistant and understanding I am hopeful in the copyright of a manuscript I am author of, I must describe the "ignorance of the law" of "public records" that must be "production of document's "P.O.D.", ordered, after a filed "Complaint", Affidavit, and otherwise necessary Legal Document's (ie Letter and Notice, such as is forseeable settlement may result, in my express and implied verbal request's, Motion and Affidavit's, in Superior Court Essex County, docket no.'s 96-2803; 16770110 for Copies,) filed and signed under the pain's and penalties of perjury.

Sincerely,
Thank You,
Witness: DeRoo st. 1885
st. 1881 2nd manuscript copyright
Ronald DeRoo
pst 1881 and 1885 pst.
manuscopy right

Thomas J. Ruzzo, esf 1887 and 1885 postmanuscript
158 High Plain Road, Andover, Massachusetts
01810

Citizen Bank
Winthrop Avenue
Lawrence, Massachusetts

Boston, Massachusetts
Boylston Street
Boston, Massachusetts

<u>Letter of Exhibit B</u>

Re: <u>Offer for Settlement of debt error, Citizen Bank made fee waiver due checking account because of deposit on February 1st, 2017, misrepresentation, thereof, by Citizen Bank's misrepresentation.</u>

To whom it may concern:

Understand to me and my priviledge of citizen honour and truth within boundaries of human constraints, the offer hereby, made is particularized as follow:

a.) Admit the error of neglect to record deposit in complaint February 1st 2017.

b.) credit my checking account the sum equivalent